SEALED
E-FILED
Wednesday, 02 October, 2019 03:35:42 PM
Clerk, U.S. District Court, ILCD

OCT 0 2 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 19-CR-30055 |
| ) | |
| v. ) | |
| ) | VIOs: 18 U.S.C. § 1029(a)(4) |
| ) | & (c)(1)(a)(ii) |
| JEREMY J. BAKER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**(Possession of Device-Making Equipment)**

1. On or about August 24, 2017, in the Central District of Illinois and elsewhere, the defendant,

**JEREMY J. BAKER**

knowingly and with intent to defraud, possessed device-making equipment, to wit: equipment designed and primarily used for making access devices and counterfeit access devices, said possession affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(4) and (c)(1)(a)(ii).

# FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 1029 set forth in this Indictment, the defendant, **Jeremy J. Baker**, shall forfeit to the United States of America—

(A) Pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations;

(B) Pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

The property to be forfeited includes, but is not limited to:

1. Silver MacBook Pro laptop computer, Model: A1286, S/N: C02JK604DV35;
2. Black Seagate Backup Plus storage device, Model: SRD00FI, S/N: NA7PXNZA;
3. Black Seagate 250gb External Hard Drive, Model: ST9250315ASG Momentus 5400.6, S/N: 5VCDR9WM;
4. Silver Apple iPhone S, Model: A1633;
5. Black Apple iPhone, Model: A1778;
6. Black LG Cellular Phone, Model: LG-VS425LPP, S/N: 612CQUK0485334;

7. Black LG Cellular Phone, Model: LG-VS425LPP, S/N: 612CQMR0406323;
8. Black LG Cellular Phone, Model: LG-VS425LPP, S/N: 609VTBB0066277;
9. Blue 32gb Flash/Thumb Drive, ONA16AA017, BM170325868B;
10. Blue Apple iPod, Model: A1574, S/N: CCQR270QGGK4
11. 11 Fraudulent access devices
12. 41 black credit cards
13. $1,150 in United States Currency

All pursuant to 18 U.S.C. §§ 928(a)(2)(B) and 1029(c)(1)(C) and 28 U.S.C. § 2461(c).

A True Bill.

s/ Foreperson
_____
Foreperson

s/ Gregory Gilmore
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
CCC