To Whom It may Concern,                    19-30055

I was recently informed that a detainer has been filed against me. I don't understand what the situation is and I don't know what charges have been filed against me. I would like to clear up the situation as soon as possible. I am currently serving time at Robinson Correctional Center in Robinson, IL. Can someone direct this letter to the U.S. Attorney please. Thank You

**FILED**

DEC - 4 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jeremy Buck   Y51815
13423 East 1150th Ave
Robinson, IL 62454

THIS CORRESPONDENCE IS FROM
AN INMATE IN THE ILLINOIS DEPT
OF CORRECTIONS



U.S. District Court
600 East Monroe St. Suite 226
Springfield, IL 62701

62701-167051